IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                              Case No. 4:22-cr-40001-006
                                Case No. 4:22-cr-40001-007

CANDACE MICHELLE WHITLEY
GINA M. RICHARDSON                                                                       DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. ECF No. 205. The United States moves the Court to dismiss the Superseding Indictment (ECF No. 79) as to Defendants Candace Michelle Whitley and Gina M. Richardson in the above-captioned matter. Upon consideration, pursuant to Fed. R. Crim. P. 48(a), the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, the Superseding Indictment is **DISMISSED** as to Defendants Candace Michelle Whitley and Gina M. Richardson.

**IT IS SO ORDERED**, this 11th day of December, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge